METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave., Ste 205
Yakima, WA 98908

Telephone: (509) 452-1115
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: Sheila Vee Miranda<br><br>Debtor. | **Case No. 20-01027**<br><br>**ORDER GRANTING MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY** |

The matter of the Debtor's **MOTION FOR ORDER EXTENDING THE AUTOMATIC** came before the court for hearing on June 11, 2020 after notice and opportunity for hearing. Appearances for the Debtor and creditors are as indicated in the record.

Based upon the Motion, all pleadings and papers and documents on file in the Chapter 7 case, and having found that proper notice was provided of the motion, the Court now ORDERS:

1. The motion is granted;

/// End of Order ///

In re Miranda; Case No. 20-01027
Order Granting Motion to Extend the Automatic Stay

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

1`

1 Presented by:
2 /s/ Metiner G. Kimel
Attorney for Debtor(s)
3 Kimel Law Offices
205 N. 40th Ave., Ste 205
4 Yakima, Wa 98908
(509) 452-1115
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | In re Miranda; Case No. 20-01027 | Kimel Law Offices
| Order Granting Motion to Extend the Automatic Stay | 205 N. 40th Ave., Ste. 205
| | Yakima, WA 98908

2`