Ryan L Siegmeth, Creditor
PO Box 691
Yakima, WA 98907

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| PLAINTIFF'S NAME, | Case No.: 20-01027-WLH13 |
|---|---|
| In Re: Miranda, Sheila Vee | |
| CREDITOR: | Objection To Confirmation of Plan |
| Ryan L Siegmeth | |

This creditor hereby makes Objection to Confirmation of Plan:

1) On June 8, 2020 this Creditor filed a Motion For Creditor Relief, Proof of Claim and Complaint to Challenge Dischargeability with the Court. Proof of Delivery – USPS Priority Mail Tracking – The Court and Bankruptcy Trustee 06/08/20 with Debtor's attorney being 06/11/20. All documents mailed the same day 06/06/20.

2) Included in the document package was support documentation but four critical documents. 1) The motion itself 2) Updated Bankruptcy Court Form 410/ Proof of Claim 3) Judgement from Yakima County District Court Case No. Y19-04776 Dated August 19, 2019 (Prior to Debtor's previously file bankruptcy claim) 4) Docket entry from Yakima County District Court noting fee being paid and District Court Case Judgement No. Y19-04776 being assigned Superior Court Case #2020052739 February 14, 2020 (After Debtor's previously filed bankruptcy case was dismissed on January 31, 2020).

OBJECTION TO PLAN CONFIRMATION - 1 OF 2

3) Washington State RCW 4.56.190 very clearly states that the real estate of any judgment debtor and such judgement debtor may acquire shall be held and bound to satisfy any judgement of the district court of the United States rendered in this state by among others the District Court and Superior Court. Every such judgement shall be a lien thereupon on any interest in real estate the judgement debtor may have in the county judgment is entered.

4) This Creditor has a secured interest in Debtor's residence in the amount of $5,094.00 as recognized by the courts of Washington State, has certain legal rights addressed within the RCW's of Washington State and has a written contract in which Debtor is in default. Debtor and Debtor's attorneys have all acknowledged that the Debtor did borrow the money and does owe the money.

5) This Creditor requests that the Debtor and the Court amend the current Plan to include immediate reinstatement of regular payments, at the least. This Creditor requests a ruling in this Creditor's favor on the Motion for Relief and Complaint to Challenge Dischargeability filed with the Court June 8, 2020. This Creditor requests the same treatment and repayment structure as the other lienholders in the Debtor's residence, payments brought to a current status and full payment upon the sale of Debtor's residence.

Dated this 15th Day of June, 2020.

CC: BRUNNER
KIMER

_____
Ryan L Siegmeth, Creditor

OBJECTION TO PLAN CONFIRMATION - 2 OF 2