METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave, Suite 205
Yakima, WA 98902

Telephone: (509) 452-1115

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: Sheila Miranda

    Debtor.

Case No. 20-01027

**MOTION AND NOTICE OF MOTION TO DETERMINE 1) VALUE OF COLLATERAL AND 2) SECURED STATUS OF THE CLAIM OF LENDMARK FINANCIAL SERVICES WITH REGARD TO A 2001 CHEVROLET BLAZER**

**TO THE HONORABLE WHITMAN HOLT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE CHAPTER 13 TRUSTEE, AND LENDMARK FINANCIAL SERVICES ("LENDMARK"):**

Sheila Miranda, (the "Debtor") in the above referenced case now move the Court, pursuant to Bankruptcy Code § 506 (a) and (d), and Federal Rule of Bankruptcy Procedure 3012, for an order determining the secured status of the claim of Lendmark with regard to the Debtor's 2001 Chevrolet Blazer (the "Property").

In support of this Motion, the Debtor alleges as follows:

1. Pursuant to proof of claim No. 6 ("Claim No. 6") filed in the Debtor's prior bankruptcy case, Case No. 19-02217, the Debtor purchased the Property on or about December 31, 2016. The documentation for Claim No. 6 also indicates that Lendmark perfected its security interest in the Property on March 4, 2017.

In re Miranda; Case No. 20-01027
Motion to Value and Avoid Liens per 506(d)

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

1`

20-01027-WLH13    Doc 34    Filed 06/19/20    Entered 06/19/20 11:27:28    Pg 1 of 3

2. Apparently, on or about March 3, 2018 Lendmark then refinanced the Property, loaning the Debtor approximately $4,620.37, which was to be repaid over 60 months with interest accruing on the loan at 24.98%.

3. Claim No. 6 admits that, at the time of the prior filing, Lendmark was an under-secured creditor and its loan was not entitled to protection from 910-day rule against strip down of a purchase money security interest under the "dangling paragraph" of Code § 1325(a).

4. The balance owed to Lendmark as disclosed in the Debtor's current schedules is $4,908.09.

5. A Kelly Blue Book ("KBB") report run on or about the date of the filing of the case determined that the current private party value for the Property in "fair" condition as of the would be $1,709.00.

6. A KBB valuation run as of June 18, 2020, determined the value as of June 18, 2020 to be $1,587.00. A true and correct copy of the KBB valuation is attached hereto as Exhibit "1" and is incorporated herein by reference.

7. The Debtor has valued the Property in her schedules as having a fair market value of $1,709.00.

8. The Debtor is requesting that the Court find that the current fair value of the Property is $1,709.00, enter an order determining Lendmark has a secured claim in the amount of $1,709.00, that any amount of the Lendmark lien in excess of $1,709.00 is void pursuant to Bankruptcy Code § 506(d), and claim in excess of $1,709.00 shall be treated in this case as an unsecured claim only.

WHEREFORE, the Debtor requests that the Court enter an order granting the following relief:

1. Determining the value of the Property being $1,709.00 as of the Petition Date and for purposes of the Plan;

In re Miranda; Case No. 20-01027
Motion to Value and Avoid Liens per 506(d)

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

2`

20-01027-WLH13    Doc 34    Filed 06/19/20    Entered 06/19/20 11:27:28    Pg 2 of 3

2. ordering that the lien of Lenmark in excess of $1,709.00 is voided pursuant to Code § 506(d);

3. ordering that any filed claim of Lendmark in excess of $1,709.00 shall be treated as unsecured claims for purposes of the Debtor's plan; and

4. for further relief as the Court may deem just and equitable.

**IF YOU OBJECT TO THE RELIEF REQUESTED, YOU MUST FILE WITH THE CLERK OF THE BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF WASHINGTON LOCATED AT PO BOX 2164, SPOKANE, WASHINGTON, 99210-2164 AND SERVE ON THE MOVING PARTY A WRITTEN OBJECTION NO LATER THAN TWENTY-FOUR (24) AFTER THE MAILING DATE OF THIS NOTICE SET FORTH BELOW. A STATEMENT OF THE GROUNDS FOR THE OBJECTION MUST BE INCLUDED. FAILURE TO FILE AN OBJECTION TO THE MOTION WITHIN THE SPECIFIED TIME MAY RESULT IN THE COURT ENTERING AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE OR HEARING. FAILURE TO STATE A GROUNDS FOR AN OBJECTION MAY RESULT IN THE COURT STRIKING YOUR OBJECTION.**

DATED this 19th day of June 2020.

KIMEL LAW OFFICES.

/S/METINER G. KIMEL

WSBA No. 21280

In re Miranda; Case No. 20-01027
Motion to Value and Avoid Liens per 506(d)

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

3`

20-01027-WLH13 Doc 34 Filed 06/19/20 Entered 06/19/20 11:27:28 Pg 3 of 3