**So Ordered.**

**Dated: June 29th, 2020**



Whitman L. Holt
Bankruptcy Judge

METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave., Ste 205
Yakima, WA  98908

Telephone: (509) 452-1115
Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: Sheila Vee Miranda<br><br>Debtor. | **Case No. 20-01027**<br><br>**ORDER GRANTING MOTION FOR ORDER EXTENDING THE AUTOMATIC STAY** |

The matter of the Debtor's **MOTION FOR ORDER EXTENDING THE AUTOMATIC** came before the court for hearing on June 11, 2020 after notice and opportunity for hearing. Appearances for the Debtor and creditors are as indicated in the record.

Based upon the Motion, all pleadings and papers and documents on file in the Chapter 13 7 case, and the arguments of the parties at the June 11, 2020 hearing, having found that proper notice was provided of the motion, the Ccourt now ORDERS:

1. The motion [ECF No. 7] is granted. ;

/// End of Order ///

In re Miranda; Case No. 20-01027
Order Granting Motion to Extend the Automatic Stay

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA  98908

1`

20-01027-WLH13    Doc 46    Filed 06/29/20    Entered 06/29/20 14:53:37    Pg 1 of 2

1  Presented by:
2  /s/ Metiner G. Kimel
   Attorney for Debtor(s)
3  Kimel Law Offices
   205 N. 40th Ave., Ste 205
4  Yakima, Wa 98908
   (509) 452-1115
5
  * Changes made by court

In re Miranda; Case No. 20-01027
Order Granting Motion to Extend the Automatic Stay

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

2`

20-01027-WLH13    Doc 46    Filed 06/29/20    Entered 06/29/20 14:53:37    Pg 2 of 2