# Notice Recipients

District/Off: 0980–2　　User: notice　　Date Created: 6/29/2020
Case: 20–01027–WLH13　　Form ID: pdf002　　Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
cr　　Ryan L Siegmeth　　PO Box 691　　Yakima, WA 98907

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1