METINER G. KIMEL - State Bar No. 21280
KIMEL LAW OFFICES
205 N. 40th Ave, Suite 205
Yakima, WA 98902

Telephone: (509) 452-1115
Facsimile: (509) 965-5860

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

In re: Sheila Vee Miranda
        Debtor.

Case No. 20-01027

**DECLARATION OF SHEILA VEE MIRANDA IN RESPONSE TO CONFIRMATIONS ISSUES RAISED BY THE COURT ON 6/30/20**

I, Sheila Vee Miranda, am one the debtor in the above referenced case. The following testimony is based upon my personal knowledge and if called upon to testify could competently do so with regard to the following:

1. I have been advised by my counel regarding the issues raised by credtiors and the court at the initial confirmation hearing held on June 30, 2020.

2. First, with regard to updating the amount owed to the Department of Revenue, I have been advised that the DOR will be filing a claim which updates the amounts owed for 2019.

3. With regard to the marketing of the house, there have been three showings of the house since the commencement of this case. One showing at the end of June, and two showings in July so far. No offers have been made to purchase the property.

4. During the month of May 2020, the gross revenues generated from month-to-month rentals was $_____ and for Air BnB bookings has been _____.

In re Miranda; Case No. --
Declaration re confirmatnoi issues

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

1`

20-01027-WLH13   Doc 52   Filed 07/15/20   Entered 07/15/20 11:43:13   Pg 1 of 2

5. During the month of June 2020, the gross revenues generated from month-to-month rentals was $_____ and for Air BnB bookings has been _____.

6. So far during the month of July 2020, the gross revenues generated from month-to-month rentals was $_____ and for Air BnB bookings has been _____.

Executed under penalty of perjury this 10th day of July 2020

_____
Sheila Vee Miranda

In re Miranda; Case No. --
Declaration re confirmatnoi issues

Kimel Law Offices
205 N. 40th Ave., Ste. 205
Yakima, WA 98908

2`

20-01027-WLH13    Doc 52    Filed 07/15/20    Entered 07/15/20 11:43:13    Pg 2 of 2