July 24, 2020

Shiela V. Miranda
Judge Holt
Case #20-01027

Bankruptcy Dismissel - July 15, 2020

I am asking for a reconciliation appeal. My appraisal was being questioned. Mr. Larry Davies has never had any dispute before. I did everything you had asked for. The property was shown. I told Mr. Kimel that my sons were going to get it refinanced in their name.

My border I took in to make my payment was my sister who is going through cancer treatment. My realtor was going to talk to Mrs. Ludirton who owns property to get real price to refinance. Mr. Kimel will not help me any further or even talk to me. There is a question that I may have Covid-19 protection because I have deed of trust on property. I was told this at Attorney General office. Mr. Kimel told me I would be able to stay until November at the rate of my interest on my sale. I ask for a little more time for my sons to refinance. Mortgage Company are very busy now.

My boarders want to stay as long as they can.

Thank you, *Sheila V Miranda*

Sheila Miranda